**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

UNITED STATES OF AMERICA, :

v. :

ACKEME JERMANE CAMPBELL, :

Defendant. :

CASE NO.: 1:26-CR-00007-WLS-ALS

**ORDER**

Defendant Ackeme Jermane Campbell moves to continue trial in the interests of justice. (Doc. 27.) Trial is currently set to begin on Monday, October 26, 2026. (Doc. 23.) The Government has advised that it would deliver discovery materials to defense counsel on Friday, September 25, 2026. (Doc. 27 ¶ 5.) Defense counsel submits that once she receives the discovery materials, she will need additional time to review them with Campbell, who is currently in pretrial detention. (*Id.* ¶ 5.) Defense counsel further submits that she will need additional time to prepare any pretrial motions. (*Id.*) The Government does not oppose an extension. (*Id.* ¶ 7.)

Based on Campbell's stated reasons, and given that the Government does not oppose the motion, the Court find that the ends of justice served by granting such a continuance outweigh the best interests of the public and Campbell in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)–(B). Thus, and for good cause shown, the Motion, (Doc. 27), is **GRANTED**. The trial in this case is **CONTINUED** to the Albany Division January 2027 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C.

§ 3161(h)(7)(B)(i). Additionally, the pretrial conference currently scheduled for Tuesday, October 6, 2026, is **CANCELLED**. The Court will issue a new notice of pretrial conference by separate order.

**SO ORDERED**, this 29th day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**