**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CASE NO.: 1:26-CR-00007-WLS-ALS |
| ACKEME JERMANE CAMPBELL, | : | |
| Defendant. | : | |

## ORDER

On September 11, 2026, Defendant Ackeme Jermane Campbell filed a motion to revoke the pretrial detention order. (Doc. 26.) On October 2, 2026, the Government timely filed its response. (Doc. 30.) To ensure that the motion can be resolved promptly, the Court will expedite briefing on the matter. Campbell may therefore file his reply, if any, within **seven days** of the Government's response, or by **October 9, 2026.**

**SO ORDERED**, this 5th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**