**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>CAMPBELL,<br><br>Defendant. | Case No.: 1:26-cr-00007-WLS-ALS-1 |

## ORDER

It has come to the Court's attention that the parties have been addressing scheduling and substantive issues in connection with pending matters on the Court's docket with the Courtroom Deputy via email. The parties are reminded that any such communications are improper and should be directed to the Court by formal written notice or motion on the docket for the Court's consideration. Pending matters requiring a hearing will be separately noticed by the Court.

**SO ORDERED**, this 19th day of November, 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**