**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>CAMPBELL,<br><br>Defendant. | Case No.: 1:26-cr-00007-WLS-ALS-1 |

**ORDER**

Before the Court are two pending motions to suppress, each with a request for an evidentiary hearing (Doc. 37, Doc. 39), as well as a pending Motion in Limine (Doc. 40.) The briefing on the second Motion to Suppress (Doc. 39) should be concluded by December 3, 2026. Briefing on the Motion in Limine (Doc. 40) should conclude by December 8, 2026. Considering those deadlines, the Court will set a hearing for arguments to be heard the two motions to suppress for **December 9, 2026, at 11:00 A.M.,** at the C.B. King United States Courthouse in Albany, Georgia.

**SO ORDERED**, this 19th day of November, 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**